COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH


NO. 2-10-292-CR

GUILLERMO CASTELLON                                             APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Pursuant to a plea bargain, Appellant Guillermo Castellon pleaded true to a motion to revoke his probated sentence for driving while intoxicated. *See* Tex. Penal Code Ann. § 49.04 (Vernon 2003). The trial court sentenced Appellant on June 18, 2010, to seven years' confinement. The trial court's certification of Appellant's right of appeal states that this is "a plea-bargained case and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." Appellant filed

---

[1] *See* Tex. R. App. P. 47.4.

a notice of appeal on July 19, 2010. Concerned that we did not have jurisdiction over this appeal, we sent a letter to Appellant's retained counsel requesting a response by August 2, 2010, showing grounds for continuing the appeal. We have not received a response. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 9, 2010